United States District Court
District of Massachusetts

Shawn T. McClinton
　　　　Plaintiff,

v.                                         Civil Action No. 1:19-cv-11235-LTS

City of Boston, Lt. Leighton
Facey
　　　　Defendants.

Plaintiff's Request for the Court
To serve a copy of the Honorable
Judge Leo T. Sorokin's Order To
Mass General Hospital and The defendants.

The Plaintiff moves this Honorable Court to an request for the Court to serve Judge Leo T. Sorokin's March 16, 2020 order ruling for Mass General Hospital to produce records relating to the plaintiff's Oct 6, 2017 intake. This request is due to the fact that the plaintiff who is pro sé in this Civil Action, is also deemed indigent by the courts. Judge Leo T Sorokin's order says a copy must be served on "The records custodian of Massachusetts General Hospital" and on "The counsel for the city of Boston."

Respectfully Submitted
Pro Sé    Shawn McClinton

　　　　　_Shawn McClinton_

Dear Clerk

MARCH 22, 2020

FILED
IN CLERKS OFFICE

2020 MAR 26  PM 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Please File This motion with the court.

Thank You for Your Time and Attention.

Sincerely

*[signature]*

Shawn McClinton.