United States District Court
District of Massachusetts.

Shawn T. McClinton
    Plaintiff

V.                          Civil Action No 1:19-cv-11235-LTS

City of Boston Lt. Leighton
Facey
            Defendants.

Affidavit in Support of Plaintiffs Request for the Courts to serve Copy of Judges order.

1. I under oath despose and state that:
2. My Name is Shawn McClinton
3. I am Pro Se
4. I have been deemed indigent by this Court
5. It will be a hard time for me to serve these copies as the Judge ordered.

Respectfully submitted
Under the pains and
Penalty of Perjury.
Pro Se Shawn McClinton