United States District Court
District of Massachusetts

| | |
|---|---|
| Shawn T. McClinton<br>Plaintiff,<br>v<br>Lt. Leighton Facey<br>Shift Commander Duty Supervisor<br>Defendant | Civil Action 19-CV-11235-LTS |

FILED IN CLERKS OFFICE 2020 JUL -8 AM 11:22 U.S. DISTRICT COURT DISTRICT OF MASS.

Plaintiff Shawn T. McClinton Request For Production of Documents To Internal Affairs to be order by the Courts.

The Plaintiff Shawn T. McClinton, pursuant to Rule 34 of the Massachusetts Rules of Civil Procedure request that Internal Affairs of Boston, produce the documents listed below.

1. Any and all documented Misconducts about Lt. Leighton Facey, of the Boston Police

2. Any and all disciplinary infractions committed by Lt. Leighton Facey

3. Any and all complaints made against Lt Leighton Facey.

4. Any and all suspensions that was given to Lt. Leighton Facey

5. Any and all paid leaves that was given to Lt. Leighton Facey

6. Any and all investigation that involved Lt Leighton Facey's conduct/misconduct :

(ON BACK)

7. Any and all investigations that involved Lt Leighton Facey's knowledge of other Police Department's employee's → misconduct/conduct.

Please send All documents to the Plaintiff Shawn T. McClinton, at 200 Nashua st, Boston Ma. 02114.

The plaintiff Made this Request through the courts due to the plaintiff's inability to access what is needed to make the request in another manner. The Plaintiff is incarcerated and due to Covid-19 The Suffolk county jail Staff is limited.

The Plaintiff Request that the Courts serve the Internal Affair Bureau this request through Fax- With the order to produce the above documents within No later than 30 days after the fax.

Respectfully Submitted

Shawn T. McClinton Pro se

Dear Clerk,          July 5, 2020

Please filed this with the Courts. Also I am deemed indigent by this court so please send a copy of this document to attorney Megan P. Trachman electronically At: "Megan.Trachman@boston.gov.

Thank you for your Time and Attention !

Sincerely

Shawn McClinton

Shawn McClinton
ID# 1801165
200 Nashua St
Boston MA 02114

United States District Court
1 Courthouse Way. Suite 2300
Office of the Clerk
Boston, MA 02210

