**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:19-cv-11235-LTS**

SHAWN T. MCCLINTON,
    Plaintiff,

v.

Lt. LEIGHTON FACEY,
    Defendant.

## DEFENDANT Lt. LEIGHTON FACEY'S RESPONSE TO PLAINTIFF SHAWN T. MCCLINTON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO BE INTERNAL AFFAIRS TO BE ORDERED BY THE COURT

On July 9, 2020, Plaintiff filed a document entitled "Plaintiff Shawn T. McClinton's Request for Production of Documents to Internal Affairs to be order [sic] by the Courts." [ECF No. 56]. In the filing, Plaintiff asks for certain internal affairs records. Defendant Lt. Leighton Facey ("Facey') is treating this filing as a request for the production of documents and is in the process of serving Plaintiff with a written response in accordance with the Federal Rules of Civil Procedure. The filing received on July 9, 2020 is the first time Facey received this request. Accordingly, Facey respectfully requests that Plaintiff's filing not be treated as a motion to compel and that Facey be provided with an opportunity to respond to the requests in accordance with the Federal Rules of Civil Procedure. In the event the Court is inclined to treat the July 9, 2020 filing as a motion to compel, Facey respectfully requests that it be denied because he has not yet had an opportunity to respond to the request and Plaintiff has not requested or held the requisite meet and confer conference pursuant to Local Rule 7.1

Respectfully submitted,
Lt. LEIGHTON FACEY,

Eugene L. O'Flaherty
Corporation Counsel

By his attorney:


 /s/ Megan P. Trachman

Megan P. Trachman (BBO#691153)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4023
Megan.Trachman@boston.gov


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I am unable to conduct a conference with the *pro se* Plaintiff pursuant to Local Rule 7.1 due to the fact that he is incarcerated and I do not have contact information for him other than his place of incarceration.

/s/ Megan P. Trachman


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 17, 2020.

/s/ Megan P. Trachman