United States District Court
District of Massachusetts

FILED IN CLERK'S OFFICE
2020 OCT -9 AM 11:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

Shawn T. McClinton,
Plaintiff,

v.

Lt. Leighton Facey,
Defendant.

Civil action No. 1:19-cv-11235-LTS

### The Plaintiff's M.G.H Record Fact Discovery.

1. The Plaintiff Shawn T. McClinton depose and state that. By way of key stuff These are the Massachusetts General Hospital records of the injuries that I had while in custody at the Boston Police station B2, these are the injuries that Lt Leighton Facey denied me receiving medical Attention for, on Oct 5, 2017. It is a 7 page. Record.

Respectfully Submitted
Under the Pains and Penalties
of Perjury. x [signature]

Shawn McClinton.
Pro se

Oct 6, 2020

Dear Clerk

Please file this document with the court.

Also I am Deemed Indigent by this court so please send a copy to Attorney Nicole O'Connor At

"NicoleOconnor@boston.gov"

Thank You for Your Time And Attention.

Sincerely,

Shaun McChristian

FILED
IN CLERKS OFFICE
2020 OCT -9 AM 11:16
U.S. DISTRICT COURT
DISTRICT OF MASS.