UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   **Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118**

**YOU ARE COMMANDED** to have the body of **Shawn T. McClinton #1801165** now in your custody, before the United States District Court for the District of Massachusetts, in Remoter Proceeding on **December 22, 2020**, at **11:00AM**. for the purpose of a **Status Conference.**

in the case of  **Shawn T. McClinton**  V.  **Boston Police Department**

CV Number **19-cv-11235-LTS**

And you are to retain the body of said of **Shawn T. McClinton #1801165** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said of **Shawn T. McClinton #1801165** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this **17th** day of **December 2020**.


 **/S/ LEO T. SOROKIN**
UNITED STATES MAGISTRATE JUDGE

ROBERT M FARRELL
CLERK OF COURT


By: **/s/ Maria Simeone**
Courtroom Deputy Clerk