UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-cv-11235

| | |
|---|---|
| SHAWN T. MCCLINTON<br>　　　　　　　　　　**Plaintiff.**<br>v.<br>LEIGHTON FACEY<br>　　　　　　　　　　**Defendant.** | |

## STATUS REPORT

Pursuant to this Court's order dated December 22, 2020 [ECF No. 71], the Defendant, Leighton Facey, hereby submits the following status report:

1. Plaintiff's deposition was completed on February 9, 2021.

2. From Defendant's perspective, fact discovery is complete.

3. Defendant intends to move for summary judgment and anticipates that his motion may be dispositive of all claims set forth in Plaintiff's Amended Complaint [ECF No. 77].

4. Defendant anticipates needing 30 days to complete his summary judgment motion. Accordingly, Defendant requests that he have up to and including March 22, 2021, to file his summary judgment motion.

Respectfully submitted,

**DEFENDANT, LEIGHTON FACEY**

By his attorneys:

Eugene L. O'Flaherty
Corporation Counsel


*/s/ Nicole M. O'Connor*
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov


**CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all registered participants via this court's electronic filing system and upon all those non-registered participants by mailing a copy of same via first class mail to the address listed below on February 18, 2021:

Shawn T. McClinton
Suffolk County South Bay House of Corrections
20 Bradston Street
Boston, MA 02118

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor