United States District Court
District of Massachusetts.

Shawn T. McClinton
       Plaintiff

v.                                    Civil Action No. 19-CV-11235

Leighton Facey
       Defendant.

## Plaintiffs Status Report.

The Plaintiff comes before this Honorable Court, complying with court orders to file a status Report by Feb 22, 2021. The plaintiff states today is Feb 18, 2021 and is sending said report from a Suffolk County correctional facility.

The Plaintiff states that, the plaintiff is preparing to file a motion for Summary judgement and is willing to engage in mediation with the defendant.

Respectfully Submitted

Shawn T. McClinton Pro se
Feb 18, 2021

2021 FEB 22 PM 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE