UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-cv-11235

(LEAVE TO FILE EXHIBIT 6 UNDER SEAL GRANTED ON MARCH 19, 2021)

SHAWN T. MCCLINTON
                                  **Plaintiff.**

v.

LEIGHTON FACEY
                                  **Defendant.**

**DEFENDANT LEIGHTON FACEY'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Leighton Facey ("Facey"), hereby moves this Court pursuant to Fed. R. Civ. P. 56 to grant summary judgment in his favor as to all claims set forth in Plaintiff's Amended Complaint.

Plaintiff asserts nine claims against Facey: negligence (Count 1), gross negligence (Count 2), intentional infliction of emotional distress (Count 3), negligent infliction of emotional distress (Count 4), violation of the 14th Amendment (Count 5), violation of the 8th Amendment (Count 6), intent to cause emotional distress (Count 7), extreme and outrageous misconduct (Count 8), and violation of the Massachusetts Declaration of Rights (Count 9). The negligence claims must be dismissed because Facey is immune from liability pursuant to the Massachusetts Tort Claims Act. The constitutional claims and intentional infliction of emotional distress claims must be dismissed because there is no evidence that Plaintiff's medical needs were objectively serious or that Facey was deliberately indifferent to them (and, even if he was, Facey would be entitled to qualified immunity because it was not clearly established that Facey should have done something more

under the circumstances).  Finally, Plaintiff's "Massachusetts Declaration of Rights" claim must be dismissed because there is no such cause of action.

In support of this motion, Facey respectfully refers the Court to his memorandum of law, filed herewith.

WHEREFORE, for the reasons set forth above, and for the reasons discussed in his memorandum of law, Facey respectfully requests that his motion for summary judgment be granted.

                        Respectfully submitted,

                        **DEFENDANT, LEIGHTON FACEY**

                        By his attorneys:

                        Henry C. Luthin
                        Corporation Counsel


                        */s/ Nicole M. O'Connor*
                        Nicole M. O'Connor (BBO#675535)
                        Senior Assistant Corporation Counsel
                        City of Boston Law Department
                        City Hall, Room 615
                        Boston, MA 02201
                        (617) 635-4039
                        Nicole.OConnor@boston.gov

**CERTIFICATE OF SERVICE**

  I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all registered participants via this court's electronic filing system and upon all those non-registered participants by mailing a copy of same via first class mail to the address listed below on March 19, 2021:

Shawn T. McClinton
Suffolk County South Bay House of Corrections
20 Bradston Street
Boston, MA 02118

                */s/ Nicole M. O'Connor*
                Nicole M. O'Connor

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

  I, Nicole M. O'Connor, hereby certify that I was unable to confer with Plaintiff regarding the contents of this motion due to his incarceration.

Dated: March 19, 2021           */s/ Nicole M. O'Connor*
                    Nicole M. O'Connor