UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-cv-11235

SHAWN T. MCCLINTON
                      Plaintiff.

v.

LEIGHTON FACEY
                      Defendant.

**DEFENDANT LEIGHTON FACEY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      Defendant, Leighton Facey ("Facey"), hereby opposes Plaintiff, Shawn T. McClinton's ("Plaintiff"), motion for summary judgment [ECF No. 82]. Facey opposes Plaintiff's motion for all of the reasons set forth in Facey's motion for summary judgment and accompanying memorandum of law, filed on March 19, 2021 and incorporated by reference [ECF Nos. 86-87].

      By way of summary, though, Facey submits the following:

      Plaintiff's negligence claims (Counts 1, 2, and 4) must be dismissed because Facey is immune from liability pursuant to the Massachusetts Tort Claims Act (G. L. c. 258). Plaintiff's constitutional claims and intentional infliction of emotional distress claims (Counts 3, 5, 6, 7, and 8) must be dismissed because there is no evidence that Plaintiff had objectively serious medical needs or that Facey was deliberately indifferent to them. Finally, Plaintiff's "Massachusetts Declaration of Rights" claim (Count 9) must be dismissed because no such cause of action exists.

      In further support of this opposition, Facey respectfully refers the Court to his motion for summary judgment and accompanying memorandum of law [ECF Nos. 86-87].

WHEREFORE, for the reasons set forth above, and for those discussed in his memorandum of law in support of his motion or summary judgment [ECF No. 87], Facey hereby requests that Plaintiff's motion for summary judgment be denied.

Respectfully submitted,

**DEFENDANT, LEIGHTON FACEY**

By his attorneys:

Henry C. Luthin
Corporation Counsel

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

### CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all registered participants via this court's electronic filing system and upon all those non-registered participants by mailing a copy of same via first class mail to the address listed below on March 22, 2021:

Shawn T. McClinton
Suffolk County South Bay House of Corrections
20 Bradston Street
Boston, MA 02118

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor