UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAWN T. MCCLINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 19-11235-LTS |
| ) | |
| LEIGHTON FACEY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

September 22, 2021

Pursuant to the Court's Order, Doc. No. 12, dated September 18, 2019, all claims against Defendant Boston Police Department Area B2 are DISMISSED WITHOUT PREJUDICE.

Pursuant to the Court's Order, Doc. No. 34, dated March 16, 2020, all claims against Defendant City of Boston are DISMISSED WITH PREJUDICE.

Pursuant to the Court's Order, Doc. No. 93, dated September 22, 2021, allowing Facey's motion for summary judgment and denying McClinton's motion for summary judgment, all claims against Defendant Lieutenant Leighton Facey are DISMISSED WITH PREJUDICE. The case in this Court is closed.

Each side shall bear its own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge